```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18676
   RONALD L OLIVER
   GWENDOLYN J OLIVER                          CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-8419     SSN XXX-XX-9935

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/10/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 11/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI SECURED VEHIC    28837.00            .00            .00
CITIFINANCIAL AUTO CREDI UNSECURED          825.43            .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   10000.00             .00            .00
AQUA ILLINOIS INC        UNSECURED       NOT FILED            .00            .00
AT&T                     UNSECURED       NOT FILED            .00            .00
CBCS                     UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED          299.40            .00            .00
GEMB/AMER                UNSECURED       NOT FILED            .00            .00
MEYER & NJUS             UNSECURED       NOT FILED            .00            .00
MRSI                     UNSECURED       NOT FILED            .00            .00
MRSI                     UNSECURED       NOT FILED            .00            .00
NICOR GAS                UNSECURED       NOT FILED            .00            .00
CITIFINANCIAL MORTGAGE C CURRENT MORTG         .00            .00            .00
CITIFINANCIAL MORTGAGE C SECURED NOT I     518.77             .00            .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY     NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                         --------------         --------------
TOTALS                        .00                       .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18676 RONALD L OLIVER & GWENDOLYN J OLIVER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
  Dated: 03/26/08                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```